UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MIHOLICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE REAL BROKERAGE, INC., et al.,<br><br>Defendants. | Case No.: 24-cv-01038-AGS-JLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79.2 AND THE PARTIES' PROTECTIVE ORDER**<br><br>**[ECF No. 43]** |

Before the Court is Defendants The Real Brokerage, Inc., Real Broker LLC, Real Brokerage Technologies, Inc., and Real Brokerage Technologies LFRO, Inc.'s (collectively, "Defendants") Motion to File Documents Under Seal Pursuant to Local Rule 79.2 and the Parties' Protective Order ("Motion to Seal"). (ECF No. 43.) Defendants request leave to file under seal certain documents submitted in connection with its Motion to Strike New Arguments Submitted with Plaintiff's Reply Brief, or, in the Alternative, for Permission to File a Surreply (ECF No. 42). Given the confidential business information included in the documents, the Court finds that Defendant has established good cause for sealing. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Good cause appearing, Defendants' Motion to Seal is **GRANTED**. Accordingly, the Clerk of Court is **DIRECTED** to file under seal the unredacted versions of the following:

1. Defendants' Surreply to Plaintiff's Ex Parte Motion to Amend the Scheduling Order (ECF No. 44, Ex. 1);
2. Declaration of Nicolle Romero (ECF Nos. 44, 45, Ex. 2);
3. Declaration of Garland Brown (ECF No. 46, Ex. 3);
4. Declaration of Sharran Srivatsaa (ECF No. 49, Ex. 4); and
5. Exhibits A and B of the Declaration of Nicolle Romero (ECF Nos. 47, 48).

**IT IS SO ORDERED.**

Dated: June 4, 2025

Hon. Jill L. Burkhardt
United States Magistrate Judge