# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MIHOLICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE REAL BROKERAGE, INC., et al.,<br><br>Defendants. | Case No.: 24-cv-01038-AGS-JLB<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE UNDER SEAL**<br><br>**[ECF No. 68]** |

Before the Court is Plaintiff Kyle Miholich's ("Plaintiff") Application to File Under Seal ("Motion to Seal"). (ECF No. 68.) Plaintiff seeks to file under seal certain documents submitted in connection with its redacted Reply to Defendants' Response in Opposition to Plaintiff's Ex Parte Motion to Amend the Scheduling Order (ECF No. 41). Given the confidential business information included in the documents, the Court finds that good cause has been established for sealing. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Good cause appearing, the Court **GRANTS** Plaintiff's Motion to Seal (ECF No. 68) and **DENIES AS MOOT** Plaintiff's previous Motion to Seal Documents Marked Confidential and to File Redacted Motion (ECF No. 36).

///

Accordingly, the Clerk of Court is **DIRECTED** to file under seal Plaintiff's unredacted Reply to Defendants' Response in Opposition to Plaintiff's Ex Parte Motion to Amend the Scheduling Order including Exhibit 1 (TRB00166–86) and Exhibit 2 (TRB00001–46). (ECF No. 69.)

**IT IS SO ORDERED.**

Dated:  June 5, 2025

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge