UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

KYLE MIHOLICH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE REAL BROKERAGE, INC., et al.,

Defendants.

Case No.: 24-cv-01038-AGS-JLB

**ORDER GRANTING NON-PARTY LOFTY, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79.2**

**[ECF No. 77]**

Before the Court is a Motion to File Documents Under Seal Pursuant to Local Rule 79.2 ("Motion to Seal") filed by non-party Lofty, Inc. ("Lofty"). (ECF No. 77.) Lofty requests leave to file under seal certain documents submitted in connection with its Opposition to Plaintiff's Motion to Compel. (ECF No. 52.) Given the confidential business information included in the documents, the Court finds that Lofty has established good cause for sealing. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Good cause appearing, Lofty's Motion to Seal is **GRANTED**. Accordingly, the Clerk of Court is **DIRECTED** to file under seal the unredacted versions of the following:

    1. Lofty's Opposition to Plaintiff's Motion to Compel (ECF No. 78, Ex. 1);

2.      Exhibits A and B attached to the Declaration of Nicole Romero in support of Lofty's Opposition to Plaintiff's Motion to Compel (ECF No. 79, Ex. 2); and

3.      Declaration of Garland Brown in support of Lofty's Opposition to Plaintiff's Motion to Compel (ECF No. 80, Ex. 3).

**IT IS SO ORDERED.**

Dated:  June 11, 2025

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge

2